AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED
Jun 22 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Dominic Batiste | ) | Case No.   3:23-mj-70921 MAG |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __4/26/23__ in the county of __San Francisco__ in the __Northern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of firearm and ammunition |
| | Maximum Penalties: |
| | • Imprisonment: 15 years (18 U.S.C. § 924(a)(2)) |
| | • Fine: $250,000 (18 U.S.C. § 3571) |
| | • Supervised Release: 3 years (18 U.S.C. § 3583(b)(2)) |
| | • Special Assessment: $100 (18 U.S.C. § 3013) |
| | • Forfeiture of firearm and ammunition (18 U.S.C. § 853(a)) |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Kathia Colon

☑ Continued on the attached sheet.

Approved as to form: */s/ Leif Dautch*
Assistant U.S. Attorney

/s/ Kathia Colon
*Complainant's signature*

Kathia Colon, FBI Special Agent
*Printed name and title*

Sworn to before me by telephone.

Date: 06/21/2023

*Judge's signature*

City and state: San Francisco, California

Hon. Sallie Kim, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Kathia Colón, Special Agent of the Federal Bureau of Investigation, being duly sworn, do declare and state:

### INTRODUCTION

1. I submit this affidavit in support of an application under Rule 4 of the Federal Rules of Criminal Procedure for a criminal complaint and arrest warrant authorizing the arrest of **Dominic BATISTE**, for unlawfully possessing a firearm and ammunition, in violation of Title 18, United States Code, Section 922(g)(1), on or about April 26, 2023, in the Northern District of California.

2. This affidavit is submitted for the limited purpose of securing a criminal complaint and arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only the facts necessary to establish probable cause that violations of the federal law identified above have occurred.

3. I have based my statements in this affidavit on my training and experience, personal knowledge of the facts and circumstances obtained through my participation in this investigation, information provided by other agents and law enforcement officers, information provided by reports of other law enforcement officers, information provided by video and photographic evidence, and information provided by records and databases. I believe these sources to be reliable. Where I refer to conversations and events, I often refer to them in substance and in relevant part rather than in their entirety or verbatim. This affidavit also reflects my current understanding of facts relating to this investigation, but my understanding may change in the future as the investigation proceeds. My experience and training as an FBI Special Agent and my participation in this investigation form the basis of the opinions and conclusions set forth below.

### AFFIANT BACKGROUND

4. I am a Special Agent of the FBI and have been employed with the FBI since June 2004. I am currently assigned to the FBI San Francisco Division working violent crimes and

gang investigations in partnership with San Francisco Police Department's (SFPD) Community Violence Reduction Team. Prior to my current assignment, I worked national security, complex financial crimes and cyber/counterintelligence investigations in FBI San Francisco.

5. I have received numerous law enforcement trainings throughout my employment. I have received formal training at the FBI Academy's Basic Agent Training in Quantico, Virginia, where I received several hundred hours of instruction in law enforcement investigations, including training related to violent crime, criminal case management, informant development, and Title III investigations. I have participated in numerous investigations, federal search warrants, and arrests involving a wide variety of federal violations to include firearms violations, narcotics trafficking, and violent crimes. During my career with the FBI, I have become familiar with the methods and tactics that violent criminals and narcotics traffickers use to further their activities.

6. Throughout my law enforcement career, and as part of my participation in this investigation, I have spoken with, worked with, and gained knowledge from numerous experienced federal, state, and local investigators who have written affidavits for, or participated in, the application for and execution of hundreds of search and arrest warrants over the course of their careers. I have also had discussions with other law enforcement officers and cooperating individuals about gang investigations, violent crime, and drug trafficking.

7. In my current position as an FBI Special Agent, I have investigated and participated in charging several federal cases involving violations of Title 18, United States Code, Section 922(g)(1) (felon in possession of a firearm).

## APPLICABLE STATUTE

8. 18 U.S.C. § 922(g)(1) prohibits a person from (1) knowingly possessing a firearm or ammunition, (2) that has been shipped or transported from one state to another or between a foreign nation and the United States, and (3) at the time the individual possessed the firearm or ammunition, the individual knew that he had been convicted of a crime punishable by imprisonment exceeding one year (i.e., a felony) (hereafter referred to as the "Target Offense").

**FACTS SUPPORTING PROBABLE CAUSE**

A.  <u>BATISTE Is Involved in a Car Accident and Shooting in San Francisco</u>

9.  On April 26, 2023, San Francisco Police Department (SFPD) officers responded to the scene of a shooting in the vicinity of 123 Sadowa Street in San Francisco, which is in the Northern District of California. They found Dominic BATISTE lying on the ground with multiple gunshot wounds. BATISTE was next to a grey BMW with CA license plate number 8YOG244 that was registered in his name. BATISTE's BMW was facing westbound on Sadowa Street while another vehicle, a grey Infinity with CA license plate number 9ACW302, was facing eastbound on Sadowa Street. There was damage to both vehicles.

10. SFPD officers asked BATISTE who shot him, and BATISTE claimed he did not know. SFPD officers determined there were no persons inside the Infinity and that it was locked. BATISTE told SFPD officers he was shot in the leg and possibly the buttocks. SFPD officers rendered aid to BATISTE until medical responders took over BATISTE's treatment. BATISTE was transported to San Francisco General Hospital.

11. SFPD conducted an inventory search of BATISTE's vehicle, which was disabled in the middle of the street and had to be towed. This was part of their standard crime scene processing protocol. On the driver's side front floorboard, officers found a .45 caliber Smith & Wesson semi-automatic firearm, serial number DVY8288. The gun was loaded with 10 unfired cartridges described as "(1) 45 Auto, (2) R.P. 45 Auto & (7) Winchester 45 Auto." SFPD officers also found a black gun holster inside the trunk of BATISTE's vehicle. Photographs taken by SFPD officers of the weapon and the holster inside are included below.

 

12. A records check conducted by SFPD officers on the .45 Smith & Wesson firearm indicated that the firearm was stolen on September 2, 2022 from a locked vehicle belonging to an off-duty U.S. Mint Federal Police Officer. According to SFPD report # 220600022, the Mint officer's vehicle was parked in the vicinity of 270 6th Street in San Francisco, when the passenger side window was shattered and a backpack was stolen. The backpack contained the .45 Smith & Wesson firearm, along with a loaded 10-round magazine and a black leather holster.

13. On May 5, 2023, I obtained the following photographs of the .45 Smith & Wesson firearm, serial number DVY8288, from the SFPD Forensic Laboratory:

 

 

14. On May 11, 2023, I reviewed the SFPD Forensic Laboratory's DNA analysis for the .45 Smith & Wesson firearm, serial number DVY8288, found in BATISTE's vehicle. The analysis determined with "very strong support" (1 in 3.47 septillion) that a DNA profile found on the firearm's grip matched BATISTE's DNA.

15. Footage from a surveillance video obtained by SFPD officers from a residence in the vicinity of 123 Sadowa Street, showed a grey Infinity turning westbound on Sadowa Street, pulling into the driveway of 115 Sadowa Street, backing out of the driveway, and then stopping in the middle of street. At that point, a black male wearing a grey hoodie was observed exiting the front passenger side of the Infinity, while BATISTE's BMW turned from Plymouth Avenue westbound onto Sadowa Street, accelerated at a high rate of speed and crashed into the Infinity. The black male wearing the grey hoodie was observed on foot shooting at the BMW several times. BATISTE can be seen exiting the BMW and squatting next to the driver's seat outside of the vehicle. There were no additional passengers in the vehicle with BATISTE. The black male with the grey hoodie was observed shooting at BATISTE again multiple times before he and another black male fled on foot towards Plymouth Avenue.

B. <u>Interstate Nexus</u>

16. On May 2, 2023, I received confirmation from Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent Kristin Larson that the .45 Smith & Wesson firearm, serial number DVY8288, seized from BATISTE's vehicle was manufactured outside of

5

California, establishing that the firearm must have traveled in interstate commerce to be recovered in San Francisco.

17.     On May 12, 2023, I conducted an open-source check for the 10 unfired cartridges loaded in the .45 Smith & Wesson firearm seized from BATISTE's vehicle, which were described as "(1) 45 Auto, (2) R.P. 45 Auto & (7) Winchester 45 Auto." That search revealed that the ammunition was not manufactured in the state of California, establishing probable cause that the ammunition traveled in interstate commerce to be found inside a gun in California.

C.  BATISTE Is a Prohibited Person

18.     I reviewed BATISTE's criminal history and found that he has been convicted of three prior felonies. Specifically, BATISTE's criminal history shows he was convicted in California state court in 2013 of second degree robbery and assault with a deadly weapon, and was sentenced to three years of prison and three years of probation.  In 2016, BATISTE was convicted in federal court of being a felon in possession of a firearm, and he was sentenced to 28 months of prison. In 2020, BATISTE was convicted again in federal court of being a felon in possession of a firearm and was sentenced to 37 months of prison.

19.     Based on my training and experience, my observations from the surveillance footage of the incident, the presence of BATISTE's DNA on the stolen, loaded firearm, and the absence of anyone else in his car, I believe that the .45 Smith & Wesson firearm, serial number DVY8288, loaded with 10 unfired cartridges of ammunition and seized from BATISTE's vehicle on April 26, 2023, was in BATISTE's control and possession unlawfully, in violation of Title 18, United States Code, Section 922(g)(1).

## REQUEST TO SEAL

20.     Because this is an ongoing criminal investigation, and to guard against the destruction of evidence, collusion among potential witnesses, and safety of witnesses, I respectfully request that this affidavit, the related arrest warrant, and any other documents relating to this application be filed under seal.  Premature disclosure of the contents of this affidavit and related documents may have a significant and negative impact on the continuing

investigation and may severely jeopardize its effectiveness and may also jeopardize law enforcement's ability to safely apprehend BATISTE in connection with the requested arrest warrant.

## CONCLUSION

21. On the basis of my participation in this investigation and the information summarized above, I have probable cause to believe that on or about April 26, 2023, in the Northern District of California, BATISTE knowingly possessed a firearm and ammunition that had been shipped or transported from one state or another, and that at the time BATISTE possessed the firearm and ammunition, he knew that he had been convicted of a crime punishable by imprisonment exceeding one year (i.e., a felony), in violation of Title 18, United States Code, Section 922(g)(1).

/s/ Kathia Colon
Kathia Colón
Special Agent, Federal Bureau of Investigation

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d) on this 21 day of June 2023. This complaint and warrant are to be filed under seal.

_____
THE HONORABLE SALLIE KIM
United States Magistrate Judge